No. 765. HOFFA ET AL. v. UNITED STATES; and
No. 788. DRANOW v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. Reported below: 436 F. 2d 1243.

No. 772. ALDRIDGE ET AL. v. CARR ET AL. C. A. 5th Cir. Motion of respondents to dispense with printing brief granted. Certiorari denied.

No. 773. LARSEN v. AIR CALIFORNIA. C. A. 9th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied.

No. 780. HARRIS ET AL. v. UNITED STATES. C. A. 9th Cir. Motion for leave to supplement petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 800. WEINGARTNER ET AL. v. UNION OIL CO. OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 817. EXPORT LIQUOR SALES, INC. v. AMMEX WAREHOUSE CO., INC., ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 825. NEW YORK v. COOPER, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 5437. ETHRIDGE v. UNITED STATES. C. A. 6th Cir. Motion for leave to amend petition granted. Certiorari denied.